BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net
clozano@unioncounsel.net
dbrome@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>TIM KRUSE CONSTRUCTION, INC., a California Corporation,<br><br>Defendant. | No. C 12-05322 JSW<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANGEMENT CONFERENCE; (PROPOSED) ORDER** |

TO: THE CLERK OF THE COURT AND DEFENDANT TIM KRUSE

CONSTRUCTION, INC., A California Corporation:

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case

Management Conference, currently scheduled for February 6, 2013 at 1:30 p.m., be continued for

sixty days to allow Plaintiffs additional time to serve Defendant with the Summons and Complaint.

Plaintiffs filed the Complaint in this matter on October 16, 2012. Defendant was served on November 15, 2012, for which proofs of service were filed with this Court on November 27, 2012. Defendant has not filed an Answer or other responsive pleading in this matter, and Plaintiffs will be requesting entry of Default and then moving for Default Judgment. Given these facts, Plaintiffs request that Case Management Conference be continued for sixty days in order to allow Plaintiffs to prepare and file a Motion for Default Judgment.

The above stated facts are set forth in the accompanying Declaration of Daniel S. Brome in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: February 11, 2013

          WEINBERG, ROGER & ROSENFELD
          A Professional Corporation

          By: /s/ *Daniel S. Brome*
             DANIEL S. BROME
             Attorneys for Plaintiffs

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Daniel S. Brome in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the Case Management Conference ~~for 60 days, or as soon thereafter as a court date is available. In addition, the Court orders:~~ from February 15, 2013 to April 19, 2013. A case management statement shall be due on or before April 12, 2013. If default is entered, and if Plaintiffs file a motion for default judgment, the Court shall ~~Dated:~~ vacate the case management conference.

Dated: February 12, 2013

          _____
          HONORABLE JEFFREY S. WHITE
          United States District Judge

132515/703930

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
EX PARTE APPLICATION TO CONTINUE CMC; [~~PROPOSED~~] ORDER
CASE NO. 12-cv-05322-JSW