BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net
  clozano@unioncounsel.net
  dbrome@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>TIM KRUSE CONSTRUCTION, INC., a California Corporation,<br><br>Defendant. | No. C 12-05322 JSW<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER** |

**TO: THE CLERK OF THE COURT AND DEFENDANT TIM KRUSE CONSTRUCTION, INC., A California Corporation:** Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case Management Conference, currently scheduled for

1

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

EX PARTE APPLICATION TO CONTINUE CMC; [PROPOSED] ORDER
CASE NO. 12-cv-05322-JSW

April 19, 2013 at 1:30 p.m., be continued for sixty days to allow Plaintiffs to seek Default Judgment against Defendant.

  Plaintiffs filed the Complaint in this matter on October 16, 2012. Defendant was served on November 15, 2012, for which proofs of service were filed with this Court on November 27, 2012. Thereafter, the parties were attempting resolution of this matter. Recently, Defendant has stopped communicating with Plaintiffs. Defendant has not filed an Answer or other responsive pleading in this matter, and Plaintiffs filed a Request for Entry of Default on April 8, 2013 and will be moving for Default Judgment once Default is entered. Given these facts, Plaintiffs request that Case Management Conference be continued for sixty days in order to allow Plaintiffs to prepare and file a Motion for Default Judgment.

  The above stated facts are set forth in the accompanying Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated: April 9, 2013

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Concepción E. Lozano-Batista*
CONCEPCIÓN E. LOZANO-BATISTA
Attorneys for Plaintiffs

### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the Case Management Conference ~~for 60 days, or as soon thereafter as a court date is available. In addition, the Court orders:~~ to June 21, 2013 at 1:30 p.m. If the Plaintiffs file a motion for default judgment before that date, the Court shall vacate the case management conference.

Dated: April 10, 2013

_/s/ Jeffrey S. White_
HONORABLE JEFFREY S. WHITE
United States District Judge

132515/711157