BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bhinkle@unioncounsel.net
        clozano@unioncounsel.net
        dbrome@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>               Plaintiff,<br><br>  v.<br><br>TIM KRUSE CONSTRUCTION, INC., a California Corporation,<br><br>               Defendant. | No. C 12-05322 JSW<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER** |

**TO: THE CLERK OF THE COURT AND DEFENDANT TIM KRUSE CONSTRUCTION, INC., A California Corporation:** Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial Case Management Conference, currently scheduled for

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

EX PARTE APPLICATION TO CONTINUE CMC; [PROPOSED] ORDER
CASE NO. 12-cv-05322-JSW

1  April 19, 2013 at 1:30 p.m., be continued for sixty days to allow Plaintiffs to seek Default
2  Judgment against Defendant.
3      Plaintiffs filed the Complaint in this matter on October 16, 2012. Defendant was served
4  on November 15, 2012, for which proofs of service were filed with this Court on November 27,
5  2012. Thereafter, the parties were attempting resolution of this matter. Recently, Defendant has
6  stopped communicating with Plaintiffs. Defendant has not filed an Answer or other responsive
7  pleading in this matter, and Plaintiffs filed a Request for Entry of Default on April 8, 2013 and
8  will be moving for Default Judgment once Default is entered. Given these facts, Plaintiffs request
9  that Case Management Conference be continued for sixty days in order to allow Plaintiffs to
10 prepare and file a Motion for Default Judgment.
11     The above stated facts are set forth in the accompanying Declaration of Concepción E.
12 Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference,
13 filed herewith.

Dated: April 9, 2013

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Concepción E. Lozano-Batista*
CONCEPCIÓN E. LOZANO-BATISTA
Attorneys for Plaintiffs

### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the Case Management Conference ~~for 60 days, or as soon thereafter as a court date is available. In addition, the Court orders~~ to June 21, 2013 at 1:30 p.m. If the Plaintiffs file a motion for default judgment before that date, the Court shall vacate the case management conference.

Dated: April 10, 2013

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
United States District Judge

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

132515/711157

2

EX PARTE APPLICATION TO CONTINUE CMC; [~~PROPOSED~~] ORDER
CASE NO. 12-cv-05322-JSW