IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>  v.<br><br>TIM KRUSE CONSTRUCTION, INC., a California corporation,<br><br>        Defendant.<br>_____/ | No. C 12-05322 JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has received Plaintiffs' Case Management Conference Statement, and it HEREBY CONTINUES the case management conference scheduled for June 21, 2013, to July 12, 2013, at 1:30 p.m. Default was entered in this case on April 9, 2013. On April 10, 2013, the Court granted Plaintiffs' *ex parte* application to continue the case management conference, in part because Plaintiffs stated they intended to move for default judgment after default was entered.

//

//

If Plaintiffs have not filed a motion for default judgment by July 5, 2013, Plaintiffs shall file a case management statement on that date explaining the delay. If Plaintiffs file a motion for default judgment before July 5, 2013, the Court shall vacate the case management conference, and it shall refer the motion for default judgment to a randomly assigned magistrate judge for purposes of preparing a report and recommendation.

**IT IS SO ORDERED.**

Dated: June 17, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE