IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA<br><br>        Plaintiff,<br><br>    v.<br><br>TIM KRUSE CONSTRUCTION, INC.,<br><br>        Defendant.<br>_____/ | No. C 12-05322 JSW<br><br>**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO RANDOMLY ASSIGNED MAGISTRATE JUDGE AND VACATING HEARING DATE AND CASE MANAGEMENT CONFERENCE** |

Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the Motion for Default Judgment filed by Plaintiffs to a randomly assigned Magistrate Judge for purposes of preparing a report and recommendation on the motion. (Docket No. 24.) The hearing date of August 23, 2013 and the case management conference scheduled for August 30, 2013 are VACATED. If the parties have not received an assignment within fourteen (14) days of the date of this Order, please contact the Court's Courtroom Deputy, Jennifer Ottolini at 415-522-4173.

**IT IS SO ORDERED.**

Dated: July 10, 2013

JEFFREY WHITE
UNITED STATES DISTRICT JUDGE