Daniel S. Brome, CA SB #278915
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Pkwy, Ste. 200
Alameda, California 94501-1091

(510) 337-1001

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al.<br>v.<br>Tim Kruse Construction, Inc.<br>Plaintiff(s)<br><br>Defendant(s) | CASE NUMBER:<br>CV- 12-cv--05322-EDL JSW<br><br>**WRIT OF EXECUTION** |

**TO:   THE UNITED STATES MARSHAL FOR THE     NORTHERN  DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On October 2, 2013 a judgment was entered in the above-entitled action in favor of:

The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California.

as Judgment Creditor and against: Tim Kruse Construction, Inc.

as Judgment Debtor, for:

$ 202,183.47   Principal,

$ 9,198.75   Attorney Fees,

$ 0.00   Interest **, and

$ 905.24   Costs, making a total amount of

$ 212,287.46   **JUDGMENT AS ENTERED**

**\*\*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** _____NORTHERN__ **District of** __CALIFORNIA_____, to wit:

$ _____9.02_   accrued interest, and

$ _____0.00_   accrued costs, making a total of

$ _____9.02_   **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ _0.00_____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _212,296.48_   **ACTUALLY DUE** on the date of the issuance of this writ of which

$ _212,296.48_   Is due on the judgment as entered and bears interest at _____0.07_ percent per annum, in the amount of $ _0.41_____ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

**SHEILA RASH**

Dated: OCT 2 3 2013         By: _____
                                        Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Tim Kruse Construction, Inc.
550 Drever Street
West Sacramento, CA 95691
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Tim Kruse Construction, Inc.
550 Drever Street
West Sacramento, CA 95691

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.