**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address):* | FOR COURT USE ONLY |
|---|---|
| Concepcion E. Lozano-Batista, CSB #227227<br>Jolene E. Kramer, CSB #259241<br>Weinberg, Roger & Rosenfeld<br>1001 Marina Village Pkwy, Ste. 200<br>Alameda, California 94501-1091<br>TELEPHONE NO.: (510) 337-1001  FAX NO.: (510) 337-1023<br>E-MAIL ADDRESS:<br>ATTORNEY FOR *(Name):* Plaintiffs<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

**USDC NORTHERN DISTRICT OF CALIFORNIA**
STREET ADDRESS: 450 Golden Gate Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: The Board of Trustees, et al.

DEFENDANT: Tim Kruse Construction, Inc.

| WRIT OF | [X] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>[ ] SALE             [ ] Real Property | CASE NUMBER:<br>12-cv-05322-JSW |
|---|---|---|
| | [ ] Limited Civil Case   [ ] Small Claims Case<br>[X] Unlimited Civil Case  [ ] Other _____ | |

1. **To the Sheriff or Marshal of the County of:** San Francisco
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.
3. *(Name):* The Board of Trustees in their capacities as trustees of the Laborers Trust Funds for Northern California
   is the [X] judgment creditor  [ ] assignee of record  whose address is shown on this form above the court's name.
4. **Judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

   Tim Kruse Construction, Inc.
   550 Drever Street
   W. Sacramento, CA 95691-3337

   [ ] Additional judgment debtors on next page
5. **Judgment entered** on *(date):* 10/02/2013
6. [ ] **Judgment renewed** on *(dates):*
7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page).*
8. [ ] Joint debtor information on next page.

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment ................... $ 212,287.46
12. Costs after judgment (per filed order or memo CCP 685.090) ............ $ 111.00
13. Subtotal *(add 11 and 12)* ........... $ 212,398.46
14. Credits ........................ $ 0.00
15. Subtotal *(subtract 14 from 13)* ..... $ 212,398.46
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) ... $ 278.35
17. Fee for issuance of writ ............ $ 0.00
18. Total *(add 15, 16, and 17)* ......... $ 212,676.81
19. Levying officer:
    (a) Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) of ......... $ 0.64
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) .......... $ 0.00
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Issued on *(date):* DEC 17 2014   Clerk, by JESSIE MOSLEY , Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Legal Solutions Plus

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5

MC-012

| SHORT TITLE: The Board of Trustees, et al. vs. Tim Kruse Construction, Inc. | CASE NUMBER: 12-cv-05322-JSW |
|---|---|

## PROOF OF SERVICE

[X] Mail    [ ] Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is *(specify)*: 1001 Marina Village Pkwy, Ste. 200
   Alameda, California 94501-1091

3. I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows *(complete either a or b)*:

   a. [X] **Mail.** I am a resident of or employed in the county where the mailing occurred.
      (1) I enclosed a copy in an envelope AND
         (a) [ ] **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) [X] **placed** the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed as follows:
         (a) Name of person served: Tim Kruse Construction, Inc.
         (b) Address on envelope: 550 Drever Street
             W. Scramento, CA 95691-3337

         (c) Date of mailing: December 16, 2014
         (d) Place of mailing *(city and state)*: Alameda, California

   b. [ ] **Personal delivery.** I personally delivered a copy as follows:
      (1) Name of person served:
      (2) Address where delivered:

      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 16, 2014

Teresa Rojas
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF DECLARANT)